IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | 1:07-cv-01159-AWI-SMS-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE (Doc. 6)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, **OR** PAY FILING FEE<br><br>ORDER FOR CLERK TO SEND APPLICATION TO PLAINTIFF<br><br>THIRTY DAY DEADLINE |

Shadale L. Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2007, the undersigned issued findings and recommendations, recommending that plaintiff's case be dismissed for failure to obey the court's August 28, 2007 order which required plaintiff to submit an application to proceed in forma pauperis to the court, or pay the $350.00 filing fee, within thirty days. On October 29, 2007, plaintiff filed objections to the findings and recommendations, on the grounds that his pending "Motion for Contempt," filed on September 10, 2007, explains to the court why he has been

1

unable to comply with the court's order. In the "Motion for Contempt," plaintiff allegedthat he was unable to submit the application to proceed in forma pauperis because prison officials failed to supply the documentation he needs, despite being provided with a copy of the court's order.

In light of the foregoing, the court shall vacate the findings and recommendations of October 17, 2007, and shall grant plaintiff additional time to comply with the court's August 28, 2007 order. Plaintiff is advised that he must pay the $350.00 filing fee for this action, or in the alternative, submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement, within thirty days of the date of service of this order. **Plaintiff is advised that it is ultimately plaintiff's responsibility** to comply with the court's order by following institutional procedures or otherwise assuring that the court receives the required documents or the filing fee. Plaintiff is directed to provide a copy of this order to the prison trust office.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, issued on October 17, 2007, are VACATED;
2. Within thirty (30) days of the date of service of this order, plaintiff SHALL SUBMIT a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action; and
3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 5, 2007**              /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE