IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | 1:07-cv-01159-AWI-SMS-PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR LEAVE OF COURT AS UNNECESSARY<br><br>(Doc. 21) |

Shadale L. Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on August 9, 2007. (Doc. 1.) On February 25, 2008, plaintiff filed a motion for leave of court to file a writ of mandamus at the Ninth Circuit Court of Appeals alleging unreasonable delay and presumed prejudice by the district court. (Doc. 21.)

Rule 21 of the Rules of Appellate Procedure governs the filing of extraordinary writs, including writs of mandamus. Fed. R. App. P. 21(a). "A party petitioning for a writ of mandamus or prohibition directed to a court must file a petition with the circuit clerk [of the court of appeals] with proof of service on all parties to the proceeding in the trial court." Id. Court rules do not require a petitioner to obtain leave of the district court before filing a writ of mandamus at the court of appeals. Therefore, IT IS HEREBY ORDERED that plaintiff's motion for leave of court to file a writ of mandamus at the Ninth Circuit Court of Appeals is DISREGARDED as unnecessary.

IT IS SO ORDERED.

Dated:   April 16, 2008                    /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE