UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE L. WILLIAMS, | 1:07-cv-01159-AWI-SMS-PC |
|     Plaintiff, | ORDER DENYING REQUEST TO STAY (Doc. 31.) |
| v. | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| SCHWARZENEGGER, et al., | |
|     Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 2, 2009, plaintiff filed a request to stay this action because he is confined in Administrative Segregation and does not have access to his legal property or the law library.

The court does not lightly stay litigation, due to the possibility of prejudice to defendants. In the alternative, good cause appearing, plaintiff shall be granted additional time to meet his pending case deadline to file objections to the Magistrate Judge's findings and recommendations issued on June 22, 2009.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay this action is DENIED; and
2. Plaintiff is GRANTED an extension of time until thirty days from the date of service of this order, in which to file objections to the Magistrate Judge's findings and recommendations issued on June 22, 2009.

IT IS SO ORDERED.

**Dated:  July 10, 2009**        /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE